# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3630

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Narin Prasert Vong, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: June 5, 2002
Filed: June 10, 2002

_____

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

_____

PER CURIAM.

Narin Prasert Vong appeals the district court's[1] denial of his motion for a new trial under Federal Rule of Criminal Procedure 33. The district court's decision rests on credibility determinations, which we have not been persuaded to disturb; hence, we find no abuse of discretion. See United States v. Grey Bear, 116 F.3d 349, 350-51 (8th Cir. 1997). Accordingly, we affirm the judgment of the district court, and we deny as moot Vong's motion for release pending appeal.

_____

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.